The judgment is affirmed pursuant to Rule 84.16(b).

**Montrell FUTRELL, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 90100.

Missouri Court of Appeals, Eastern District, Division Three.

Aug. 19, 2008.

Gwenda R. Robinson, St. Louis, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jayne T. Woods, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before ROY L. RICHTER, P.J., CLIFFORD H. AHRENS, J., and GLENN A. NORTON, J.

*ORDER*

PER CURIAM.

Montrell Futrell appeals the denial of his Rule 29.15 motion for post conviction relief after an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

**STATE of Missouri, Plaintiff/Respondent,**

v.

**Jerry RACKLEY, Defendant/Appellant.**

No. ED 90113.

Missouri Court of Appeals, Eastern District, Division Three.

Aug. 19, 2008.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary H. Moore, Jefferson City, MO, for Plaintiff/Respondent.

Irene Karns, Columbia, MO, for Defendant/Appellant.

Before ROBERT G. DOWD, JR., P.J., CLIFFORD H. AHRENS, J., and SHERRI B. SULLIVAN, J.

*ORDER*

PER CURIAM.

Jerry Rackley appeals his Judgment of conviction and sentence arguing the trial court erred in denying his Motion to Suppress Evidence. We have reviewed the briefs of the parties and the record on appeal and conclude that no error resulting in a manifest injustice or a miscarriage of justice occurred. Rule 30.20 [1]; *State v.*

1. All rule references are to Mo. R.Crim. P.     2007, unless otherwise indicated.

*Johnson,* 220 S.W.3d 377, 385 (Mo.App. E.D.2007). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Rule 30.25(b).